UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MEGAN M. HOWARD and CHRISTOPHER S. HOWARD, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Case No.  05-5768 RJB<br><br>ORDER DENYING MOTION TO FILE SURREPLY BRIEF |

This matter comes before the Court on the United States' Motion to File Surreply Brief (Dkt. 51). The Court has considered the pleadings filed in support of the motion and the file herein. The motion fails to comply with Local Rule CR 7(g), which sets forth the procedure for filing a surreply requesting to strike material contained in or attached to a reply brief, and should be denied on that basis. Therefore, it is hereby

**ORDERED** that the United States' Motion to File Surreply Brief (Dkt. 51) is **DENIED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 11th day of October, 2006.

Robert J. Bryan
United States District Judge

ORDER
Page - 1